AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY<br><br>*Plaintiff(s)*<br>v.<br>PROVIDENCE COMMUNITY ACTION PROGRAM, INC., THOMAS S. HEMMENDINGER, FRANK CORBISHLEY, AND WILLIAM BENTLEY<br><br>*Defendant(s)* | Civil Action No. 1:15-CV-00388-S-LDA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Bentley
72 R Bridge Street
Warren, RI 02885

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   J. Gregory Lahr, William J. Brennan, Sedgwick LLP, 225 Liberty Street, 18th Fl., New York, NY 10281
and
Thomas M. Robinson, Morrison Mahoney LLP Ten Weybosset Street, Suite 900, Providence, RI 02903

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __October 05, 2015__   __/s/ David A. DiMarzio__
Clerk of Court

3

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:15-CV-00388-S-LDA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __William Bentley__
was received by me on *(date)* __10/15/15__.

☒ I personally served the summons on the individual at *(place)* __72 R Bridge St. Warren R-I__ on *(date)* __10/16/15__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __45.00__ for travel and $ _____ for services, for a total of $ __45.00__ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __10/16/15__

__Thomas Noury__
*Server's signature*

__Disinterested Process Server__
*Printed name and title*

Thomas Noury
P.O. Box 114026
North Providence, RI 02911
*Server's address*

Additional information regarding attempted service, etc:

4