UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

---------------------------------------------------------X
PHILADELPHIA INDEMNITY INSURANCE
COMPANY,

          Plaintiff,

   -against-

PROVIDENCE COMMUNITY ACTION
PROGRAM, INC., THOMAS S.
HEMMENDINGER, FRANK CORBISHLEY,
and WILLIAM BENTLEY,

          Defendants.
---------------------------------------------------------X

Case No.: 15-CV-00388-S-LDA

**MOTION OF PLAINTIFF PHILADELPHIA INDEMNITY INSURANCE COMPANY FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT WILLIAM BENTLEY**

Now comes plaintiff Philadelphia Indemnity Insurance Company and hereby requests the Clerk of the Court, pursuant to Fed. R. Civ. P. 55(a), to enter default in favor of plaintiff and against defendant William Bentley due to defendant's failure to plead or otherwise defend.

The failure of defendant Bentley to plead or otherwise defend is set forth in the accompanying Certification.

**DEFAULT HEREBY ENTERED.**
_[signature]_
**DEPUTY CLERK**

                **PLAINTIFF PHILADELPHIA**
                **INDEMNITY INSURANCE COMPANY,**

                By its Attorneys,

                _/s/ Thomas M. Robinson_
                Thomas M. Robinson, Esq. #6193
                MORRISON MAHONEY LLP
                10 Weybosset Street, Suite 900
                Providence, RI 02903-7141
                Phone: 401-331-4660

773852v.1

        J. Gregory Lahr, Esq. (pro hac vice)
William J. Brennan, Esq. (pro hac vice)
SEDGWICK LLP
225 Liberty Street, 28th Fl.
New York, NY 10281
Telephone: (212) 422-0202
Fax: (212) 422-0925

## CERTIFICATION

I hereby certify that on April 6, 2016, a copy of the foregoing was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system.

| | |
|---|---|
| Mark W. Dana, Esquire | John S. Foley, Esquire |
| Dana & Dana, LLC | Foley Cerilli, P.C. |
| 35 Highland Avenue | 56 Pine Street, Suite 200 |
| East Providence, RI 02914 | Providence, RI 02903 |

        /s/ *Thomas M. Robinson*

773852v.1