UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY | : : : : | |
| vs. | : : : | C. A. NO.: 1:15-cv-00388-S |
| PROVIDENCE COMMUNITY ACTION PROGRAM, INC., THOMAS S. HEMMENDINGER, FRANK CORBISHLEY, and WILLIAM BENTLEY | : : : : : | |

### DEFENDANT THOMAS S. HEMMENDINGER'S CROSS-MOTION FOR SUMMARY JUDGMENT

Defendant Thomas S. Hemmendinger moves this court, pursuant to Fed. R. Civ. P. 56(a), for summary judgment, for the reason that there is no genuine dispute as to any material fact and defendants are entitled to judgment as a matter of law. The basis for this motion is set forth in this defendants accompanying memorandum of law.

THOMAS S. HEMMENDINGER, in his
capacity as Receiver of Providence
Community Action Program, Inc.
By his attorney,

/s/ John S. Foley

_____
John S. Foley, Esq.            Bar #2060
FoleyCerilli, P.C.
56 Pine Street, Suite 200
Providence, RI 02903
Telephone: (401) 272-7800
Facsimile: (401) 274-2780
john@foleycerilli.com

## CERTIFICATE OF SERVICE

  I hereby certify that on June 10, 2016 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Rhode Island by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                /s/ John S. Foley
                _____