# Exhibit A

STATE OF RHODE ISLAND        SUPERIOR COURT
PROVIDENCE, SC

MICHAEL A. SOLOMON, in his capacity )
as Chairman of the Board of Directors of )
Providence Community Action Program, )
Inc., )
)
Petitioner, )      PB-11-7023
)
v. )      No. 11-
)
PROVIDENCE COMMUNITY )
ACTION PROGRAM, INC., )
)
Respondent. )

### ORDER APPOINTING TEMPORARY RECEIVER

This cause came on to be heard upon the Petitioner's Petition for Appointment of a Temporary Receiver and, upon consideration thereof, it is hereby

### ORDERED, ADJUDGED AND DECREED

1. That _Thomas Hemmendinger_ of _____, Rhode Island be and hereby is appointed Temporary Receiver of the Respondent with all powers set forth herein.

2. That said Receiver shall, no later than five (5) days from the date hereof, file a bond in the sum of $ _10,000_ with any surety company authorized to do business in the State of Rhode Island as surety thereon, conditioned that the Receiver will well and truly perform the duties of said office and duly account for all monies and property which may come into the Receiver's hands and abide by and perform all things which the Receiver will be directed to do by this Court.

3. That said Receiver is authorized to take possession and charge of the property and assets of the Respondent, to collect the debts and property belonging to it and to preserve the same until further order of this Court. Notwithstanding, the Receiver shall have no authority to liquidate without further approval of this Court after due notice and hearing thereon.

4. That said Receiver is authorized until further order of this Court, in the Receiver's discretion and as said Receiver deems appropriate and advisable, to conduct the business of said Respondent, to borrow money from time to time, to purchase for cash or upon credit, merchandise, materials and other property, to engage employees and assistants, clerical or

1

SUPERIOR COURT
FILED
DEC 1 4 2011
PROVIDENCE & BRISTOL COUNTIES
HENRY S KINCH JR.
CLERK

otherwise, and to do and perform or cause to be done and performed all other acts and things as are appropriate in the premises.

5. That, pursuant to and in compliance with Rhode Island Supreme Court Executive Order No. 95-01, this Court finds that the designation of the afore-described person for appointment as Receiver herein is warranted and required because of the Receiver's specialized expertise and experience in operating businesses in Receiverships and in administrating non-routine Receiverships which involve unusual or complex legal, financial, or business issues.

6. That the commencement, prosecution, or continuance of the prosecution, of any action, suit, arbitration proceeding, hearing, or any foreclosure, reclamation or repossession proceeding, both judicial and non-judicial, or any other proceeding, in law, or in equity or under any statute, or otherwise, against said Respondent or any of its property, in any Court, agency, tribunal, or elsewhere, or before any arbitrator, or otherwise by any creditor, stockholder, corporation, partnership or any other person, or the levy of any attachment, execution or other process upon or against any property of said Respondent, or the taking or attempting to take into possession any property in the possession of the Respondent or of which the Respondent has the right to possession, or the cancellation at any time during the Receivership proceeding herein of any insurance policy, lease or other contract with Respondent, by any of such parties as aforesaid, other than the Receiver designated as aforesaid, or the termination of telephone, electric, gas or other utility service to Respondent, by any public utility, without prior approval thereof from this Honorable Court, in which connection said Receiver shall be entitled to prior notice and an opportunity to be heard, are hereby restrained and enjoined until further order of this Court.

7. That a citation be issued to said Respondent, returnable to the Superior Court sitting at Providence, Rhode Island on 1-4-2012 at 9:30 a.m., at which time and place this cause is set down for a status hearing; that the Clerk of this Court shall give notice of the pendency of the proceeding herein by publishing this Order Appointing Temporary Receiver once in *The Providence Journal* on or before 12-21, 2011 so long as the Receiver's Bond has been filed, and the Receiver shall give further notice by mailing, on or before 12-28, 2011, a copy of said Order Appointing Temporary Receiver to each of Respondent's creditors and stockholders whose address is known or may become known to the Receiver.

9. This Order is entered by virtue of and pursuant to this Court's equity powers and pursuant to its powers as authorized by the laws and statutes of the State of Rhode Island.

ENTERED as an Order of this Court this 14th day of December, 2011.

ENTER:

[signature]
Associate Justice  Silverstein
12/14/2011

BY ORDER:

[signature] /ESQ
Clerk, Superior Court
Supervisory Clerk

2