UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PHILADELPHIA INDEMNITY INSURANCE
COMPANY,
       Plaintiff

v.                                                  CV15-00388-S

PROVIDENCE COMMUNITY ACTION
PROGRAM, INC., THOMAS S.
HEMMENDINGER, FRANK CORBISHLEY,
and WILLIAM BENTLY,
       Defendants

### DEFENDANT, FRANK CORBISHLEY'S NOTICE TO JOIN IN DEFENDANT'S HEMMENDINGER MOTION FOR SUMMARY JUDGMENT AND HIS OBJECTION TO PHILADELPHIA'S MOTION FOR SUMMARY JUDGMENT

  Now comes the Defendant, Frank Corbishley by and through his attorneys and hereby joins in the motion and memorandum for summary judgment filed by co-defendant Thomas Hemmendinger pursuant to Federal Rule of Civil Procedure 56(f) and joins in co-defendant Thomas Hemmendinger's objection to Plaintiff, Philadelphia's motion for summary judgment.

                                            /s/ Mark W. Dana
                                            Mark W. Dana, Esq. #4150
                                            35 Highland Avenue
                                            East Providence, RI 02914
                                            (401) 490-0220
                                            (401) 438-3804 fax
                                            mark@danaanddana.com

## CERTIFICATION

I hereby certify that on 13TH day of June 2016 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Rhode Island by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Mark Dana